UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

___

BKY 13-34767
Chapter 7

IN RE:

Robert Allen and Michelle Dawn Lane,

**ORDER**

Debtors.

___

This case came before the court on the Motion of Firstmerit Bank seeking relief from the automatic stay imposed by 11 U.S.C. § 362 of the Bankruptcy Code.

Based upon the motion, and all files and records herein, and the court being advised in the premises,

IT IS ORDERED: The movant is granted relief from the automatic stay imposed by 11 U.S.C. § 362 with respect to the property (the "Property") more specifically described herein below and may proceed to enforce its rights against the Property pursuant to applicable Minnesota law:

**2009 V-Cross 34' Camper, VIN 4X4TVCG289U100127**

Notwithstanding Fed. R. Bankr. P. 4001 (a)(3), this order is effective immediately

DATED: *December 10, 2013*

/e/ Katherine A. Constantine
___
Katherine A. Constantine
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/10/2013*
Lori Vosejpka, Clerk, By jhn, Deputy Clerk